DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500



Signed: July 13, 2012



ALAN JAROSLOVSKY U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

RAMIRO and NICOLASA SILVA

Debtor(s)

Case No.: 11-1-3836AJ13

**ORDER CONFIRMING CHAPTER 13 PLAN**

After a hearing on, May 23, 2012, and it appearing that the Chapter 13 Amended Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Amended Plan dated April 18, 2012 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception to discharge pursuant to 11 U.S.C. § 523 shall be adjudicated to be discharged or not discharged except in an adversary proceeding;

2. No lien on real property shall be removed, avoided, stripped, limited, modified, valued, altered, compromised or extinguished, except by adversary proceeding pursuant to Rule 7001(2) of the Federal

-1-

Rules of Bankruptcy Procedure or contested matter pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

**IT IS FURTHER ORDERED,** except insofar as inconsistent with anything above:

Paragraph 3 of the Plan shall reflect that the fixed monthly payment for attorney's fees be paid pro-rata instead of the current $200.00 per month.

Concurred as to special provisions content

  /s/ KATHIE J SIMMONS     7/13/2012

KATHIE J SIMMONS

Attorney for Debtor(s)

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**